DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

| | |
|---|---|
| Subject ID: 366598641<br>Event #:  BKI1909000016 | File No: 205 061 550<br>Date:  September 4, 2019 |

| TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) TAFT FED.CORR.INST.<br>1500 CADET ROAD<br>TAFT, CA 932687000 | FROM: (Department of Homeland Security Office Address)<br>ERO - Bakersfield, CA IHP Sub Office<br>ICE<br>ERO BAKERSFIELD SUB OFFICE<br>800 TRUXTUN AVE SUITE 109<br>BAKERSFIELD, CA 93301 |
|---|---|

Name of Alien:  SANCHEZ-GONZALEZ, HUGO ALFONSO

Date of Birth:       06/09/1989      Citizenship:                    MEXICO                    Sex:       M

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON (complete box 1 or 2).**                    BOP #: 63470-298

- [X] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [X] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION (complete box 1 or 2).**

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at (661) 328-4561 . If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form for the** detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

| VINCENTE TORRES - DO | |
|---|---|
| (Name and title of Immigration Officer) | (Signature of Immigration Officer) (Sign in ink) |

**Notice:** If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____ .

Local Booking/Inmate #: _____     Estimated release date/time: _____

Date of latest criminal charge/conviction: _____     Last offense charged/conviction: _____

This form was served upon the alien on _____ , in the following manner:

- [ ] in person   [ ] by inmate mail delivery   [ ] other (please specify): _____

| (Name and title of Officer) | (Signature of Officer) (Sign in ink) |
|---|---|

DHS Form I-247A (3/17)                                                                 Page 1 of 3