...lized Noodo Dlan   Drogram Doviow   (Inmate Copy)   SEQUENCE: 02071063

Regional Administrative Remedy Appeal No. 1209958-R1
Part B - Response

This is in response to your Regional Administrative Remedy Appeal receipted September 19, 2024, wherein, you are appealing a final deportation order being issued during your sentence. As relief, you are requesting to continue to receive credit for the FTCs for approved and completed programs.

Pursuant to Program Statement 5410.01, First Step Act of 2018 – Time Credits: Procedures for Implementation of 18 U.S.C. § 3632(d)(4), "For any inmate eligible to earn FSA Time Credits sentenced to a term of imprisonment under the U.S. Code, the Bureau may apply FSA Time Credits toward prerelease custody or supervised release. Subject to a final order of removal under immigration laws as defined in 8 U.S.C. 1101(a)(17) (see 18 U.S.C. 3632(d)(4)(E)), the Bureau may not apply FSA Time Credits toward prerelease custody or early transfer to supervised release."

A careful review of your records reflects you currently do not have a final order of removal under immigration laws and are eligible to earn First Step Act time credits. According to your most recent reassessment dated March 2, 2025, you have accrued 2104 program days and 365 Federal Time Credits towards release and have 410 days towards RRC/HC.  Your projected release date is July 20, 2026, via Good Conduct Time.  However, this office has received an immigration detainer Notice of Action letter from the Department of Homeland Security.  At any time during your sentence, Immigration and Customs Enforcement (ICE) can issue a final deportation order.

A memorandum from the Residential Reentry Services Division and Correctional Programs Division was received by this office, Subject: Updated Guidance on Application of Federal Time Credits to Pre-Release Custody for all Non-U.S. Citizens with an Active Detainer, which stated that all institutions should cease all FSA/FTC referrals of individuals who are non-U.S. Citizens and have an active detainer, whether or not a final order of removal has been issued.  Please continue to communicate with your assigned Unit Team to provide additional guidance.

Accordingly, your Regional Administrative Remedy Appeal is for informational purposes. If dissatisfied with this response, you may appeal to the Office of General Counsel, Bureau of Prisons, 320 First Street, NW, Washington, D.C. 20534. Your appeal must be received in the Office of the General Counsel within 30 calendar days of the date of this response.

_____ 4/10/25 _____          _____
Date                             Regional Director, SERO