

**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**
May 28, 2025

Contact: Office of Public Affairs
202-514-6551

### Federal Bureau of Prisons Issues Directive to Expand Home Confinement, Advance First Step Act

**WASHINGTON, DC** - The Federal Bureau of Prisons (BOP or Bureau) has announced new guidance from Director William K. Marshall III directing staff to expand the use of home confinement for eligible individuals under the First Step Act (FSA) and Second Chance Act (SCA). The directive is rooted in the principle of smart, fair criminal justice reform—reform that began when President Donald J. Trump disrupted entrenched political paralysis and signed the FSA into law, delivering the most significant overhaul to the federal justice system in a generation.

This latest policy reinforces the Bureau's responsibility to uphold the law and ensure that eligible incarcerated individuals—particularly those who do not require transitional services at Residential Reentry Centers (RRCs)—are transferred to home confinement as soon as statutorily possible. This approach not only honors the bipartisan vision behind the FSA but also reflects the commitment to give second chances to those who have paid their debt and are ready to safely return to their communities.

"President Trump said he would fight for the forgotten men and women of this country, and the First Step Act proved he meant it," said Director Marshall. "Now, we are ensuring that this reform continues to work—not just as a policy, but as a promise to Americans seeking redemption and a path forward."

The new directive outlines the following expectations for staff:

- **Home confinement is a priority** for individuals who are eligible and do not require the structured support of an RRC. RRC placement will be reserved for those with the greatest need.

- **Use of Conditional Placement Dates:** Unit Teams must use FSA and SCA Conditional Placement Dates—based on projected Earned Time Credits (FTCs) expected to earn—to guide prerelease planning and ensure accurate and timely referrals.

- **Clarification of Statutory Authority:** Staff must distinguish between FSA and SCA eligibility criteria, applying time credits appropriately and understanding the limits of each statute, particularly when determining duration of prerelease custody. There is **no restriction** concerning how many FTCs may be applied toward home confinement.

- **Individualized Referral Process:** Decisions will be based on each person's needs, support systems and readiness for reintegration.

This directive builds on the success of the First Step Act, which has helped individuals return to their communities with a recidivism rate significantly lower than the national average. It recognizes that real lives have been changed and communities made safer—proof that smart reform and public safety can go hand-in-hand.

The Bureau remains committed to the rule of law and the fair treatment of all individuals in its custody. As President Trump has shown in both word and action, second chances are not just possible—they are necessary for a justice system worthy of the American people.

This directive is a critical step toward continuing that legacy. In President Trump's second term, the promise of reform will not only be preserved—it will be completed.

###