U.S. DEPARTMENT OF HOMELAND SECURITY
## NOTICE TO ALIEN ORDERED REMOVED/DEPARTURE VERIFICATION

A-File No: 205 061 550

Date: 02/05/2014

Alien's name:    HUGO ALFONSO SANCHEZ-GONZALEZ

You have been found to be inadmissible to the United States under the provisions of section 212(a) of the Immigration and Nationality Act (Act) or deportable under the provisions of section 237 of the Act as a Visa Waiver Pilot Program violator. In accordance with the provisions of section 212(a)(9) of the Act, you are prohibited from entering, attempting to enter, or being in the United States

☒ For a period of 5 years from the date of your departure from the United States as a consequence of your having been found inadmissible as an arriving alien in proceedings under section 235(b)(1) or 240 of the Act.

☐ For a period of 10 years from the date of your departure from the United States as a consequence of your having been ordered removed in proceedings under any section of the Act other than section 235(b)(1) or 240, or of being ordered excluded under section 236 of the Act in proceedings commenced prior to April 1, 1997.

☐ For a period of 20 years from the date of your departure from the United States as a consequence of being found inadmissible and being previously excluded, deported, or removed from the United States.

☐ At any time because in addition to being found inadmissible, you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected, you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

> WARNING FOR ALL REMOVED ALIENS: It is a crime under Title 8 United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent. Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.

> SPECIAL NOTICE TO SEX OFFENDERS: Federal Law requires a convicted sex offender, including an alien who has been removed from or otherwise departed the United States and subsequently returns, to register in each jurisdiction in the United States in which he or she resides, is employed, or is a student. Violation of this requirement can result in prosecution and imprisonment for up to 10 years under Title 18 United States Code, Section 2250.

| RAMON VILLARREAL P214 | BORDER PATROL AGENT | SAN DIEGO, CALIFORNIA |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (Location of DHS Office) |

## Verification of Removal
(Complete this section for file copy only)

| Departure Date 2/6/14 | Port of Departure SAN LUIS, AZ | Manner of Departure AFOOT |
|---|---|---|
| Signature of Verifying Officer Y43 | | Title of Officer SBPA |



**Photograph of Alien**

Hugo Sanchez
(Signature of alien whose fingerprint and photograph appear above)



**Right Index Finger**

7214 APA
(Signature of official taking fingerprint)

DHS Form I-296 (1/12)

Page 1 of 1

U.S. Department of Homeland Security

# Notice and Order of Expedited Removal

## DETERMINATION OF INADMISSIBILITY Event No: IMB1402000031

File No: A205 061 550

Date: February 05, 2014

In the Matter of: HUGO ALFONSO SANCHEZ-GONZALEZ

Pursuant to section 235(b)(1) of the Immigration and Nationality Act (Act), (8 U.S.C. 1225(b)(1)), the Department of Homeland Security has determined that you are inadmissible to the United States under section(s) 212(a) ☐ (6)(C)(i); ☐ (6)(C)(ii); ☒ (7)(A)(i)(I); ☐ (7)(A)(i)(II); ☐ (7)(B)(i)(I); and/or ☐ (7)(B)(i)(II) of the Act, as amended, and therefore are subject to removal, in that:

1.  You are an immigrant not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Immigration and Nationality Act.  You are not a citizen or national of the United States, you are a native of Mexico and a citizen of Mexico, and on February 5, 2014 , you illegally entered the United States at/near San Ysidro, California, and you were not inspected by an Immigration Officer.

RAMON VILLARREAL

BORDER PATROL AGENT

Name and title of immigration officer (Print) | Signature of immigration officer

## ORDER OF REMOVAL
## UNDER SECTION 235(b)(1) OF THE ACT

Based upon the determination set forth above and evidence presented during inspection or examination pursuant to section 235 of the Act, and by the authority contained in section 235(b)(1) of the Act, you are found to be inadmissible as charged and ordered removed from the United States.

RAMON VILLARREAL

BORDER PATROL AGENT

Name and title of immigration officer (Print) | Signature of immigration officer

WATCH COMMANDER  GEORGE S. GIBSON

Name and title of supervisor (Print) | Signature of supervisor, if available

☐ Check here if supervisory concurrence was obtained by telephone or other means (no supervisor on duty).

## CERTIFICATE OF SERVICE

I personally served the original of this notice upon the above-named person on __2 15/14__
(Date)

Signature of immigration officer

Form I-860 (Rev. 08/01/07)

'Hoso Sanche