| Department of Homeland Security | **Warrant of Removal/Deportation** |
|---|---|

| EVENT | PERSON ID | File No: A205 061 550 |
|---|---|---|
| | | Date: September 4, 2014 |

## To any officer of the United States Department of Homeland Security:

SANCHEZ GONZALEZ, HUGO ALFONSO
(Full name of alien)

who entered the United States at ___San Ysidro, Ch___ on ___2/15/2014___
(Place of entry)       (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation, or removal proceedings
☒ a designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

SECTION 241(A)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Attorney General under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

"Salaries & Expenses" Department of Homeland Security, 2013, including the expense of an attendant, if necessary.

_____Gregory J. Archambeault_
(Signature of immigration official)
Field Office Director
(Title of immigration official)
Sep 4, 2014; San Diego, California
(Date and office location)

Form I-205 (Rev. 08/01/07)N

To be completed by immigration officer executing the warrant:
Name of alien being removed:
HUGO ALFONSO SANCHEZ-GONZALEZ

**Port, date, and manner of removal:** _____ Sys _____ 9-24-2014 _____ A foot _____

Photograph of alien
removed

Right index fingerprint
of alien removed

X _Hugo Sanchez_
(Signature of alien being fingerprinted)

See I-831
(Signature and title of immigration officer taking print)

Departure witnessed by: _____ IEA 4169 _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____
_____
_____
_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.    ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev. 08/01/07)

**Department of Homeland Security**

# Warning to Alien Ordered Removed or Deported

File No: _A205 061 550_

Date: _____

Alien's full name:    SANCHEZ GONZALEZ, HUGO ALFONSO

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident..

☐ For a period of 10 years from the date of our departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of a United States district court, or a magistrate of a United States magistrate court.

☒ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:

  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.

  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.

  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.

  ☒ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Attorney General to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or Office of the United States Department of Homeland Security. Refer to the above file number when requesting forms or information.

---

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from so doing without the Attorney General's consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

---

| JS | IEA | San Diego, California |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (location of INS office) |

Form 1294 (6-1-97)N

3