**33**

| | |
|---|---|
| U.S. Department of Homeland Security | **Warrant of Removal/Deportation** |

File No:    A205 061 550

Date:    15-Jul-16

**To any immigration officer of the United States Department of Homeland Security:**

SANCHEZ GONZALEZ, HUGO ALFONSO
_____
(Full name of alien)

who entered the United States at ___UNK_____ on _____UNK_____
(Place of entry)                                    (Date of entry)

is subject to removal/deportation from the United States, based upon a final order by:

☐ an immigration judge in exclusion, deportation, or removal proceedings
☒ a district director or a district director's designated official
☐ the Board of Immigration Appeals
☐ a United States District or Magistrate Court Judge

and pursuant to the following provisions of the Immigration and Nationality Act:

SECTION 241(a)(5)

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command you to take into custody and remove from the United States the above-named alien, pursuant to law, at the expense of:

Salaries and Expenses, Department of Homeland Security 2016.

*Nathalie R. Asher*

Nathalie R. Asher
_____
(Signature of immigration officer)
Field Office Director
_____
(Title of immigration officer)
15-Jul-16,  Seattle, WA
_____
(Date and office location)

**DCO: TAC**
SEA/DRO
**1623 East J Street, Suite 2**
**Tacoma, WA 98421**          mexico

Exh 1 - page1

Form I-205 (Rev. 08/01/07)

To be completed by immigration officer executing the warrant:
Name of alien being removed:
SANCHEZ GONZALEZ, HUGO ALFONSO,    A205 061 550

**Port, date, and manner of removal:** _____

Photograph of alien
removed

Right index fingerprint
of alien removed

x: Hugo
(Signature of alien being fingerprinted)

(Signature and title of immigration officer taking print)

OCPCNM

EL PASO, TEXAS
DEPORT FLIGHT # N418US

AUG 01 2016

TO MEXICO
AGENT# SCOT

Departure witnessed by: _____
(Signature and title of immigration officer)

If actual departure is not witnessed, fully identify source or means of verification of departure:

_____

_____

_____

If self-removal (self-deportation), pursuant to 8 CFR 241.7, check here.    ☐

Departure Verified by: _____
(Signature and title of immigration officer)

Form I-205 (Rev 08/01/07)

**U.S. Department of Homeland Security**                **Warning to Alien Ordered Removed or Deported**

|  | |
|---|---|
| File No: | A205 061 550 |
| Date: | 15-Jul-16 |

Alien's full name:   SANCHEZ GONZALEZ, HUGO ALFONSO

In accordance with the provisions of section 212(a)(9) of the Immigration and Nationality Act (Act), you are prohibited from entering, attempting to enter, or being in the United States:

☐ For a period of 5 years from the date of your departure from the United States because you have been found deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated upon your arrival in the United States as a returning lawful permanent resident..

☐ For a period of 10 years from the date of your departure from the United States because you have been found:

  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act initiated as a result of your having been present in the United States without admission or parole.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in accordance with section 238 of the Act by an immigration officer, a judge of a United States district court, or a magistrate of a United States magistrate court.

☒ For a period of 20 years from the date of your departure from the United States because, after having been previously excluded, deported, or removed from the United States, you have been found:
  ☐ inadmissible under section 212 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States by an immigration judge in proceedings under section 240 of the Act.
  ☐ deportable under section 237 of the Act and ordered removed from the United States in proceedings under section 238 of the Act.
  ☐ deportable under section 241 of the Act and ordered deported from the United States by an immigration judge in proceedings commenced before April 1, 1997 under section 242 of the Act.
  ☒ to have reentered the United States illegally and have had the prior order reinstated under section 241(a)(5) of the Act.

☐ At any time because you have been found inadmissible or excludable under section 212 of the Act, or deportable under section 241 or 237 of the Act, and ordered deported or removed from the United States, and you have been convicted of a crime designated as an aggravated felony.

After your removal has been effected you must request and obtain permission from the Secretary of Homeland Security to reapply for admission to the United States during the period indicated. You must obtain such permission before commencing your travel to the United States. Application forms for requesting permission to reapply for admission may be obtained by contacting any United States Consulate or U.S. Department of Homeland Security office. Refer to the above file number when requesting forms or information.

---

**WARNING:** Title 8 United States Code, Section 1326 provides that it is a crime for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States during the period in which he or she is barred from so doing without the Secretary of Homeland Security's express consent. Any alien who violates this section of law is subject to prosecution for a felony. Depending on the circumstances of the removal, conviction could result in a sentence of imprisonment for a period of from 2 to 20 years and/or a fine of up to $250,000.

---

| | | Seattle, WA |
|---|---|---|
| (Signature of officer serving warning) | (Title of officer) | (location of DHS office) |

INS COPY/ALIEN'S COPY                                                 Form I294 (07/05/07)

Exh 1 - page3

**U.S. Department of Homeland Security**          **Notice of Intent/Decision to Reinstate Prior Order**

File No. 205 061 550

Event No: POO1606000398

FIN #: 19587496          Date: June 30, 2016

HUGO ALFONSO SANCHEZ-GONZALEZ AKA: Garcia, Diego; Sanchez, Hugo

Name: _____

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of_____**Removal**_____entered against you. This intent
                                                                     (Deportation / exclusion / removal)
is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on ____**February 5, 2014**____ at
                                                                                               (Date)

   **Imperial Beach, CA**_____.
   _____
            (Location)

2. You have been identified as an alien who:

   ☒  was removed on ___**February 6, 2014**___ pursuant to an order of deportation / exclusion / removal.
                                 (Date)

   ☐  departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
                                      (Date)
      after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about **September 24, 2014** at or near **an unknown location**
                                                              (Date)                              (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. You **do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* **Spanish/English** *language.*

_____**P 7551 LUNDQUIST**_____          _____
   (Printed or typed name of official)                       (Signature of officer)

                                                                    DO
                                                            (Title of officer)

---

### Acknowledgment and Response

I ☐ do  ☒ do not  wish to make a statement contesting this determination.

**6-30-2016**                                  _____
   (Date)                                              (Signature of Alien)

---

### Decision, Order, and Officer's Certification

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**June 30, 2016**          **Portland, OR**          _____
   (Date)                         (Location)                 (Signature of authorized deciding official)

**JOHN KOHLMAN**                                                SDDO
   (Printed or typed name of official)                        (Title)

Form I-871 (Rev. 08/01/07)