| U.S. Department of Homeland Security | Subject ID : 368396661 | | **Record of Deportable/Inadmissible Alien** |
|---|---|---|---|

| Family Name (CAPS)  First  Middle | | | Sex | Hair | Eyes | Cmplxn |
|---|---|---|---|---|---|---|
| SANCHEZ-GONZALEZ, HUGO ALFONSO | | | M | BLK | BRO | MED |

| Country of Citizenship | Passport Number and Country of Issue | File Number BKI2005000069 205 061 550 | Height | Weight | Occupation |
|---|---|---|---|---|---|
| MEXICO | | | 71 | 175 | Laborer |

| U.S. Address | Scars and Marks |
|---|---|
| IN ICE CUSTODY | Unknown - |

| Date, Place, Time, and Manner of Last Entry | Passenger Boarded at | F.B.I. Number | ☒ Single ☐ Divorced ☐ Married ☐ Widower ☐ Separated |
|---|---|---|---|
| Unknown Date, UNK, Without inspection | | 289955MC7 | |

| Number, Street, City, Province (State) and Country of Permanent Residence | Method of Location/Apprehension |
|---|---|
| | CFD 01A |

| Date of Birth 06/09/1989  Age: 30 | Date of Action 05/20/2020 | Location Code BKI/SFR | At/Near See I-831 | Date/Hour 05/20/2020 08:21 |
|---|---|---|---|---|

| City, Province (State) and Country of Birth | AR ☒ | Form : (Type and No.) Lifted ☐ Not Lifted ☐ | By |
|---|---|---|---|
| MEXICO | | | B 0016 MYRICK |

| NIV Issuing Post and NIV Number | Social Security Account Name | Status at Entry PWA Mexico | Status When Found TRAVEL/SEEKING |
|---|---|---|---|

| Date Visa Issued | Social Security Number | Length of Time Illegally in U.S. Over 1 year |
|---|---|---|

| Immigration Record POSITIVE - See Narrative | Criminal Record See Narrative |
|---|---|

| Name, Address, and Nationality of Spouse (Maiden Name, if Appropriate) | Number and Nationality of Minor Children None |
|---|---|

| Father's Name, Nationality, and Address, if Known SANCHEZ, CONCEPCION  NATIONALITY: MEXICO | Mother's Present and Maiden Names, Nationality, and Address, if Known GONZALEZ, SALOME NATIONALITY: MEXICO |
|---|---|

| Monies Due/Property in U.S. Not in Immediate Possession None Claimed | Fingerprinted? ☐ Yes ☒ No | Systems Checks See Narrative | Charge Code Words(s) See Narrative |
|---|---|---|---|

| Name and Address of (Last)(Current) U.S. Employer | Type of Employment | Salary Hr | Employed from/to |
|---|---|---|---|

Narrative (Outline particulars under which alien was located/apprehended. Include details not shown above regarding time, place and manner of last entry, attempted entry, or any other entry, and elements which establish administrative and/or criminal violation. Indicate means and route of travel to interior.)

NONE
Health Information
----------------
The subject claims good health.


Current Criminal Charges
-----------------------
05/20/2020 - 8 USC 1251 - DEPORTATION ONLY


Previous Criminal History
----------------------------------------
On 11/14/2018, the subject was arrested for the crime of "Amphetamine - Sell" which resulted in a conviction on 11/14/2018. The subject was sentenced to 120 month(s).

On 06/07/2013, the subject was arrested for the crime of "Driving Under Influence Liquor" which resulted in a conviction on 06/11/2013. The subject was sentenced to 0 year(s), 0 month(s), 0 day(s).

On 05/26/2006, the subject was arrested for the crime of "Burglary" which resulted in a conviction on 05/31/2006. The subject was sentenced to 60 day(s).


Records Checked

...(CONTINUED ON I-831)

B 0016 MYRICK
DO

| Alien has been advised of communication privileges _____ (Date/Initials) | (Signature and Title of Immigration Officer) |
|---|---|

| Distribution: File | Received: (Subject and Documents) (Report of Interview) Officer: B 0016 MYRICK on: May 20, 2020  (time) Disposition: REINSTATEMENT OF DEPORT ORDER I-871 Examining Officer: STEPHENS, 3245 |
|---|---|

Form I-213 (Rev. 08/01/07)

Exhibit 2 - p. 1

**U.S. Department of Homeland Security**

**Continuation Page for Form** I-213

| Alien's Name<br>SANCHEZ-GONZALEZ, HUGO ALFONSO | File Number<br>205 061 550<br>Event No: BKI2005000069 | Date<br>05/20/2020 |
|---|---|---|

```
-----------------
IAFIS Pos
TECS Pos
EARM Pos
NCIC Pos
CIS Pos


At/Near
-----------------------------------------
BAKERSFIELD, CA
```

Record of Deportable/Excludable Alien:
METHOD AND LOCATION OF APPREHENSION:

SANCHEZ-Gonzalez, Hugo Alfonso (DOB 06/09/1989) A# 205 061 550, a citizen and national of Mexico, came to the attention of Immigration & Customs Enforcement (ICE) pursuant to referral from the Criminal Alien Program (CAP) operations at Taft Federal Correctional Institution.

ALIENAGE AND REMOVABILITY:
SANCHEZ is a native and citizen of Mexico since birth, who entered the United States without lawful admission/inspection or parole on an unknown date and at an unknown time.
IMMIGRATION HISTORY:
SANCHEZ was issued an Expedited Removal at Imperial Beach, CA on February 5, 2014 and was removed from the United States last on August 1, 2016.

SANCHEZ disclaims any other equities, ties, or petitions pending before the U.S. Department of Homeland Security or the U.S. Citizenship and Immigration Service on his behalf.

CRIMINAL HISTORY:

SANCHEZ can be identified by the following:
FBI: 289955MC7

HEALTH AND HUMANITARIAN ASPECTS:
SANCHEZ claims to have no medical issues and is not taking any medication.
SANCHEZ stated he is a single male.
SANCHEZ stated he does not have fear of persecution or torture should he be removed from the United States to his country of citizenship.

SANCHEZ did not claim to have any appeals pending for his convictions.

SANCHEZ does not appear to meet the requirements for Deferred Action (DACA).

At no point, did SANCHEZ make any claim to US citizenship for him or his parents.

At no point, did SANCHEZ claim to serve in the United States Military.

SANCHEZ was advised of his rights to communicate with his Consulate.

DISPOSITION:
SANCHEZ will be processed as a Reinstatement of Removal.

| Signature<br>B 0016 MYRICK | Title<br>DO |
|---|---|

2 of 3 Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Exhibit 2 - p. 2

**U.S. Department of Homeland Security**                    **Continuation Page for Form** ___I-213___

| Alien's Name<br>**SANCHEZ-GONZALEZ, HUGO ALFONSO** | File Number<br>205 061 550<br>**Event No: BKI2005000069** | Date<br>05/20/2020 |
|---|---|---|

Other Identifying Numbers
----------------------------------------
ALIEN-205061550

| Signature<br>**B 0016 MYRICK** | Title<br>DO |
|---|---|

                                                    ___3___ of ___3___ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Exhibit 2 - p. 3