UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

## CERTIFICATION OF REINSTATEMENT OF REMOVAL ORDER:

1. I am a <u>Supervisory Detention and Deportation Officer</u> with U.S. Immigration and Customs Enforcement, United States Department of Homeland Security. I have served in this position since 07/22/2007. My office is located in <u>Bakersfield, California</u> and my responsibilities include the maintenance and creation of the official Record of Proceedings. I am the deciding officer in the matter of

   **SANCHEZ-GONZALEZ, HUGO**          , file number  **A205061550**

2. Annexed to this Certification is the official Record of Proceedings.

   I hereby certify to the best of my knowledge and belief that the annexed documents are originals, or copies thereof, of the official Record of Proceedings. These documents relate to:

   Subject:     **SANCHEZ-GONZALEZ, HUGO ALFONSO**
   File Number: **A205061550**

   Date: 5/24/2020                    _____
                                       Chad Stephens, SDDO

Exhibit 3 - page 1

**U.S. Department of Homeland Security**    **Notice of Intent/Decision to Reinstate Prior Order**

File No. <u>205 061 550</u>

Event No: BKI2005000069

Date: <u>May 20, 2020</u>

Name: <u>HUGO ALFONSO SANCHEZ-GONZALEZ</u>

In accordance with section 241(a)(5) of the Immigration and Nationality Act (Act) and 8 CFR 241.8, you are hereby notified that the Secretary of Homeland Security intends to reinstate the order of <u>Exclusion</u> entered against you. This intent
(Deportation / exclusion / removal)

is based on the following determinations:

1. You are an alien subject to a prior order of deportation / exclusion / removal entered on <u>February 5, 2014</u> at
<u>Imperial Beach, CA</u>.
(Location)

        (Date)

2. You have been identified as an alien who:

    ☒ was removed on <u>August 1, 2016</u> pursuant to an order of deportation / exclusion / removal.
                  (Date)

    ☐ departed voluntarily on _____ pursuant to an order of deportation / exclusion / removal on or
                          (Date)
    after the date on which such order took effect (i.e., who self-deported).

3. You illegally reentered the United States on or about <u>Unknown Date</u> at or near <u>Unknown</u>
                              (Date)                      (Location)

In accordance with Section 241(a)(5) of the Act, you are removable as an alien who has illegally reentered the United States after having been previously removed or departed voluntarily while under an order of exclusion, deportation or removal and are therefore subject to removal by reinstatement of the prior order. You may contest this determination by making a written or oral statement to an immigration officer. **You do not** have a right to a hearing before an immigration judge.

*The facts that formed the basis of this determination, and the existence of a right to make a written or oral statement contesting this determination, were communicated to the alien in the* <u>English/Spanish</u> *language.*

_____
(Printed or typed name of official)

_____
(Signature of officer)

_____
(Title of officer)

---

**Acknowledgment and Response**

I ☐ do  ☐ do not  wish to make a statement contesting this determination.

_____
(Date)

_____
(Signature of Alien)

---

**Decision, Order, and Officer's Certification**

Having reviewed all available evidence, the administrative file and any statements made or submitted in rebuttal, I have determined that the above-named alien is subject to removal through reinstatement of the prior order, in accordance with section 241(a)(5) of the Act.

**MAY 2 9 2020**      Bakersfield, CA
(Date)                (Location)               (Signature of authorized deciding official)

C 3245 STEPHENS                               SDDO
(Printed or typed name of official)                         (Title)

Form I-871 (Rev. 08/01/07)

Exhibit 3 - page 2

**U.S. DEPARTMENT OF HOMELAND SECURITY**      **Warrant for Arrest of Alien**

File No. ___205 061 550___

Date: ___05/20/2020___

**To:**    **Any immigration officer authorized pursuant to sections 236 and 287 of the Immigration and Nationality Act and part 287 of title 8, Code of Federal Regulations, to serve warrants of arrest for immigration violations**

I have determined that there is probable cause to believe that ___SANCHEZ-GONZALEZ, HUGO___ is removable from the United States.  This determination is based upon:

☑ the execution of a charging document to initiate removal proceedings against the subject;

☐ the pendency of ongoing removal proceedings against the subject;

☐ the failure to establish admissibility subsequent to deferred inspection;

☐ biometric confirmation of the subject's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or

☐ statements made voluntarily by the subject to an immigration officer and/or other reliable evidence that affirmatively indicate the subject either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**YOU ARE COMMANDED** to arrest and take into custody for removal proceedings under the Immigration and Nationality Act, the above-named alien.

_____
(Signature of Authorized Immigration Officer)

___C 3245 STEPHENS - SDDO___
(Printed Name and Title of Authorized Immigration Officer)

---

**Certificate of Service**

I hereby certify that the Warrant for Arrest of Alien was served by me at ___Bakersfield, CA___
(Location)

on ___SANCHEZ-GONZALEZ, HUGO___ on _____, and the contents of this
(Name of Alien)                    (Date of Service)

notice were read to him or her in the ___ENGLISH___ language.
(Language)

_____      _____
Name and Signature of Officer        Name or Number of Interpreter (if applicable)

Form I-200 (Rev. 09/16)

Exhibit 3 - page 3