**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **HUGO SANCHEZ GONZALEZ,**<br>Plaintiff,<br><br>v.<br><br>**WARDEN MDC GUAYNABO,**<br>Defendant. | CIVIL NO. 25-cv-01035 (FAB) |

**NOTICE OF ELECTION NOT TO CONSENT TO DESIGNATION OF A
MAGISTRATE JUDGE TO CONDUCT ALL CIVIL PROCEEDINGS**

**TO THE HONORABLE COURT:**

**COMES NOW**, the United States of America, on behalf of the Bureau of Prisons (the "United States"), and respectfully notifies the Court, pursuant to the Court's Case Management Order entered at Docket No. 45, that it does not consent to proceed to trial or for any other purpose before a United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c)(1). Accordingly, the United States requests that this matter remain assigned to the District Judge for all further proceedings and entry of judgment.

**WHEREFORE**, Defendant respectfully requests that this Honorable Court take notice of the foregoing.

**I HEREBY CERTIFY** that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to all parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, on March 6, 2026.

> **W. STEPHEN MULDROW**
> United States Attorney
>
> *s/Dennise N. Longo Quiñones*
> DENNISE N. LONGO QUIÑONES
> Assistant U.S. Attorney
> USDC-PR 211408
> Torre Chardón, Suite 1201
> 350 Carlos Chardón St.
> San Juan, Puerto Rico 00918
> Tel. (787) 282-1928
> Fax. (787) 771-4043
> E-mail dennise.longo.quinones@usdoj.gov

2