**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

HUGO ALFONSO SÁNCHEZ-GONZÁLEZ,

    **Plaintiff,**

        **v.**

WARDEN MDC GUAYNABO,

    **Defendant.**

**Civil No.** 25-1035 (FAB)

**JUDGMENT**

In accordance with the Memorandum and Order entered today (Docket No. 47), judgment is entered dismissing this case with prejudice.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, March 10, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE